

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| VAISHNAVI PATEL,<br>    Plaintiff,<br><br>vs.<br><br>DIRECTOR OF UNITED STATES<br>CITIZENSHIP AND IMMIGRATION<br>SERVICES,<br>    Defendant. | §<br>§<br>§<br>§   Civil Action No.: 0:25-4378-MGL<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION,
DISMISSING THIS CASE WITH PREJUDICE,
AND DEEMING AS MOOT DEFENDANT'S MOTION TO DISMISS**

Plaintiff Vaishnavi Patel (Patel), a self-represented litigant, filed this civil rights action against Defendant Director of United States Citizenship and Immigration Services (USCIS).

This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting the Court dismiss this case with prejudice for failure to prosecute and deem as moot USCIS's motion to dismiss. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on October 22, 2025.  To date, Patel has failed to file any objections.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review[] but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment of the Court this case is **DISMISSED WITH PREJUDICE** for failure to prosecute, and USCIS's motion to dismiss is **NECESSARILY DEEMED AS MOOT**.

**IT IS SO ORDERED.**

Signed this 12th day of November 2025, in Columbia, South Carolina.

                                                                    s/ Mary Geiger Lewis
                                                                    MARY GEIGER LEWIS
                                                                    UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Patel is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.